SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br> Plaintiff, <br> vs. <br> Discount Liquor & Cigarettes, L.P., et al, <br> Defendants | Case No. **2:11-cv-02685-LKK-EFB** <br><br> **ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANT KAREN KWONG** <br><br> Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant Karen Kwong is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date: January 11, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02685-LKK-EFB- 1