SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02685-LKK-EFB** |
| Plaintiff, | ) **ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANT KAREN KWONG** |
| vs. | ) |
| Discount Liquor & Cigarettes, L.P., et al, | ) Case to Remain Open with Remaining Defendants |
| Defendants | ) |

IT IS HEREBY ORDERED THAT Defendant Karen Kwong is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date: January 11, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT