SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br> Plaintiff, <br><br> vs. <br><br> Discount Liquor & Cigarettes, L.P., et al, <br><br> Defendants | Case No. **2:11-cv-02685-LKK-EFB** <br><br> **ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

   IT IS HEREBY ORDERED THAT the status conference Currently set for January 23, 2012 is continued to April 30, 2012 at 10:00 a.m.  The parties shall file their Status reports 14 days prior to the status conference.

Date:   January 20, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-11-cv-02685-LKK-EFB - 1