SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-02685-LKK-EFB** |
| Plaintiff; | **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | |
| Discount Liquor & Cigarettes, L.P., et al, | |
| Defendants. | |

IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice as to Defendants, Discount Liquor & Cigarettes, L.P.; Wayne Kwong and in its entirety and is, hereby, deemed closed.

Date:  June 27, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE STIPULATION FOR DISMISSAL